IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00529-MSK-CBS

VERNON ROBBINS,

    Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,

    Defendant.

_____

### ORDER DENYING PLAINTIFF'S MOTION TO REMAND
_____

**THIS MATTER** comes before the Court pursuant to Plaintiff Vernon Robbins' Motion to Remand **(#15)**.

1. The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

2. The Plaintiff did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

DATED this 25th day of April 2006.

                                              **BY THE COURT:**

*[Signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge