UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 6 2006

GREGORY C. LANGHAM
CLERK

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY, | |
| Defendant-Petitioner, | No. 06-507 |
| v. | Dist. Ct. No. 06-CV-529-MSK/CBS |
| VERNON ROBBINS, | |
| Plaintiff-Respondent. | |

ORDER

Filed September 5, 2006

Before **HENRY, BRISCOE** and **McCONNELL**, Circuit Judges.

This matter is before the court on a petition for permission to appeal filed on behalf of Amica Mutual Insurance Company. We also have a response from Mr. Robbins, and a request for leave to file a reply in support. Upon careful consideration of the pleadings and applicable law, we grant the request for leave to file a reply. We deny the petition for permission to appeal. *See* 28 U.S.C. § 1453(c).

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of Court

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

September 5, 2006

NOTIFICATION OF MAILING

Re:      06-507, Amica Mutual Ins. v. Robbins
         Dist/Ag docket:  06-CV-00529-MSK-CBS

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:

Mr. John M. Vaught
Mr. Michael D. Alper
Mr. Sean D. Baker
Wheeler Trigg Kennedy LLP
1801 California Street
#3600
Denver, CO 80202

Mr. Robert F. Hill
Ms. Avi Sue Rocklin
Mr. John H. Evans
Hill & Robbins
1441 18th Street
Suite 100
Denver, CO 80202

Mr. Thomas Dalton McFarland
Mr. Zachary Christian McFarland
McFarland Law Offices
910 13th St., Suite 200
Golden, CO 80401

Mr. M. Gabriel McFarland
Evans & McFarland, LLC
913 13th Street, Suite 200
Golden, CO 80401

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

_____
                    DEPUTY CLERK